**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwayne A. THOMPSON, a.k.a. Lester Leonard Moore, Defendant–Appellant.**

**No. 10–12478**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 4, 2011.

Peggy Morris Ronca, J. Bishop Ravenel, Assistant U.S. Attorney, U.S. Attorney's Office, Orlando, FL, A. Brian Albritton, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Joseph R. Johnson, Attorney at Law, Orlando, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Dwayne A. Thompson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thompson's convictions and sentences are **AFFIRMED**.